UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Michael Henderson
                              Plaintiff,
v.                                                      Case No.: 1:16–cv–04307
                                                        Honorable Elaine E. Bucklo
First Step Group, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 27, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion for summary judgment [24] is granted. The facts are undisputed. Defendant sent plaintiff a letter that told him that "the law limits how long you can be sued on a debt," and that it would not sue him for the debt, but did not say that his debt was so old that defendant could not sue plaintiff, nor did it tell him that if he paid any amount on the debt defendant was attempting to collect, or agreed to any payment, the statute of limitations would begin again. Under Pantoja v. Portfolio Recovery Associations, LLC, 852 F.3d 679 (7th Cir. 3/29/17), the letter from defendant violated the Fair Debt Collection Practices Act (FDCPA) as a matter of law. Status hearing set for 5/19/2017 at 9:30 a.m. No appearance required on 5/4/2017. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.