UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST STEP GROUP, LLC,<br><br>    Defendant. | Case No.: 1:16-cv-04307-EEB<br>Hon. Judge Elaine E. Bucklo |

**DEFENDANT FIRST STEP GROUP, LLC'S RESPONSE TO
MINUTE ENTRY DATED NOVEMBER 29, 2017 CONCERNING SETTLEMENT**

Defendant First Step Group, LLC ("First Step"), through its undersigned counsel, for its response to the minute entry dated November 29, 2017 regarding settlement, states:

First Step and undersigned counsel have acted in good faith to resolve this matter. As previously represented to the Court, First Step has ceased doing business and, thus, limited resources exist to resolve this matter. Accordingly, the in-person settlement conference scheduled for October 18, 2017 was adjourned, by agreement, in hopes of conserving all remaining resources to apply to settlement.

Thereafter, undersigned counsel endeavored to gather additional documentation for Plaintiff's counsel. In the meantime, undersigned counsel subsequently requested that Plaintiff consent to adjournment of the November 3, 2017 status conference to further conserve resources but this reasonable request was refused for no reason at all notwithstanding the fact that such appearance only served to further deplete the resources available to settle this matter.[1] Such refusal

---

[1] Although the Court's Order indicates that "since the last communication on October 17, 2017, undersigned counsel has been non-responsive to this court's communications …", undersigned

does not evidence good faith on the part of Plaintiff's counsel or a desire to conserve resources. In fact, it appears that Plaintiff has no intention of reaching a settlement within the parameters previously set forth and is, instead, seeking documentation (under the ruse of settlement) to get a jump start on future collection efforts in the event a judgment is entered in Plaintiff's favor.

Given this backdrop, and the fact that the resources previously identified for settlement were further depleted, undersigned counsel believed that the parties' settlement efforts had effectively been suspended negating the need for further documentation. Undersigned counsel believed, instead, that the parties would appear for the status conference on November 30, 2017 to update the Court regarding the settlement process and set future dates, as appropriate. Counsel for the parties did appear before the Court on November 30, 2017 – with undersigned counsel appearing at her own expense – to explain the current status and set future dates.

To the extent undersigned counsel misunderstood the state of affairs in failing to respond, undersigned counsel sincerely apologizes to the Court and counsel. Undersigned counsel had no intention of frustrating the Court's order or its patience and humbly acknowledges, in retrospect, that counsel's understanding should have been communicated on or before November 24, 2017 production date and not at the scheduled status conference six days later.

Accordingly, First Step Group, LLC respectfully requests that the Court not award fees for preparation of Plaintiff's settlement statement. Such statements were prepared by both sides in an effort to settle this case and the costs associated with such statements should be borne by each side.

---

counsel did communicate with Plaintiff's counsel and the Court on November 2, 2017 regarding adjournment of the November 3, 2017 status conference.

<table>
<tr><td></td><td>Respectfully Submitted,<br><br>/s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>(734) 222-5179</td></tr>
<tr><td>Dated: December 1, 2017</td><td>Charity.Olson@brockandscott.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby state that on December 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**